# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADOPTION CHOICES OF NEVADA,
Petitioner,
vs.
THE HONORABLE EGAN K. WALKER,
DISTRICT JUDGE; AND THE SECOND
JUDICIAL DISTRICT COURT OF THE
STATE OF NEVADA, IN AND FOR THE
COUNTY OF WASHOE,
Respondents.

No. 69736

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order that denied a petition regarding termination of parental rights. Having considered the petition and appendix, we conclude petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Writ relief is typically not available when the petitioner has a plain, speedy, and adequate remedy at law. *See* NRS 34.170; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). An appeal is generally considered an adequate legal remedy precluding writ relief. *See Pan*, 120 Nev. at 224, 88 P.3d at 841. Here, an order denying a petition to terminate parental rights or for a declaration as to parental rights is appealable as a final judgment. *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *see also* NRS 30.030 (providing that a declaration has the force and effect of a final judgment); NRS 30.090 (stating that orders and judgments issued under the Uniform Declaratory Judgments Act are reviewed in the same manner as other orders and judgments).

16-08671

Accordingly, as petitioner has an adequate and speedy legal remedy available in the form of an appeal, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Egan K. Walker, District Judge, Family Court Division
Eric A. Stovall
Attorney General/Carson City
Washoe District Court Clerk